HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **KENNETH DWAYNE OLIVER**, <br><br> Defendant. | Case No.: 2:14-cr-0128 LKK <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Hon. Lawrence K. Karlton |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee, and defendant Kenneth Dwayne Oliver, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-entitled case, June 24, 2014, and to continue the matter to July 29, 2014, at 9:15 a.m., for status conference.

1

The reason for this continuance is to allow defense counsel to review discovery consisting of seven CDs and to allow the parties additional time to negotiate a settlement in this matter.

The parties further agree and stipulate that the period from June 24, 2014 to July 29, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 USC §§3161(h)(7)(A) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the need for defense counsel to prepare exceeds the defendant's and the public's interest in commencing trial within the 70-day Speedy Trial time period.

Accordingly, the parties request the Court to adopt this stipulation.

Dated: June 20, 2014

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
KENNETH DWAYNE OLIVER

/s/Hayes H. Gable III for
 JUSTIN LEE
 Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Date:  June 23, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT