1  BENJAMIN B. WAGNER
United States Attorney
2  JUSTIN L. LEE
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5
Attorneys for Plaintiff
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:14-CR-00128-LKK

12                        Plaintiff,   STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL
13              v.                     ACT; FINDINGS AND ORDER

14  KENNETH DWAYNE OLIVER,             DATE: August 5, 2014
                                       TIME:  9:15 a.m.
15                        Defendant.   COURT: Hon. Lawrence K. Karlton

16

17                              STIPULATION

18        Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on August 5, 2014.

21        2.      By this stipulation, defendant now moves to continue the status conference

22  until September 23, 2014, and to exclude time between August 5, 2014, and September 23,

23  2014, under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the

25  following:

26              a)      The government has represented that the discovery associated with

27        this case includes investigative reports, photographs, and several audio and video

28        recordings.  All of this discovery has been either produced directly to counsel and/or

1  made available for inspection and copying.

2       b)      Counsel for defendant desires additional time to consult with his

3  client, review the discovery, conduct investigation and research related to the

4  charges in this case and the defendant's prior criminal history, and otherwise

5  prepare for trial.

6       c)      Counsel for defendant believes that failure to grant the above-

7  requested continuance would deny him the reasonable time necessary for effective

8  preparation, taking into account the exercise of due diligence.

9       d)      The government does not object to the continuance.

10      e)      Based on the above-stated findings, the ends of justice served by

11 continuing the case as requested outweigh the interest of the public and the

12 defendant in a trial within the original date prescribed by the Speedy Trial Act.

13      f)      For the purpose of computing time under the Speedy Trial Act, 18

14 U.S.C. § 3161, et seq., within which trial must commence, the time period of August

15 5, 2014 to September 23, 2014, inclusive, is deemed excludable pursuant to 18

16 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

17 granted by the Court at defendant's request on the basis of the Court's finding that

18 the ends of justice served by taking such action outweigh the best interest of the

19 public and the defendant in a speedy trial.

20

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

**IT IS SO STIPULATED**.

Dated:  July 29, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ JUSTIN L. LEE
                                         JUSTIN L. LEE
                                         Assistant United States Attorney

Dated:  July 29, 2014                    /s/ HAYES GABLE
                                         HAYES GABLE III
                                         Counsel for Defendant
                                         Kenneth Dwayne Oliver


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 5th day of August, 2014.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT