```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
 5
    Attorneys for Plaintiff
 6  United States of America
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00128-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KENNETH DWAYNE OLIVER, | DATE: September 18, 2014 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 18, 2014.

2. By this stipulation, defendant now moves to continue the status conference until September 25, 2014, at 9: and to exclude time between September 18, 2014, and September 25, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and several audio and video recordings. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying.

  b) Counsel for defendant desires additional time to consult with his client, review the discovery, conduct investigation and research related to the charges in this case and the defendant's prior criminal history, and otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 18, 2014 to September 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Dated:  September 12, 2014    BENJAMIN B. WAGNER
                  United States Attorney

                   /s/ JUSTIN L. LEE
                   JUSTIN L. LEE
                   Assistant United States Attorney

Dated:  September 12, 2014    /s/ HAYES GABLE
                   HAYES GABLE III
                   Counsel for Defendant
                   Kenneth Dwayne Oliver

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of September, 2014.

_____
Troy L. Nunley
United States District Judge