BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00128-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KENNETH DWAYNE OLIVER, | DATE: October 16, 2014 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 16, 2014.

2. By this stipulation, defendant now moves to continue the status conference until October 23, 2014, and to exclude time between October 16, 2014, and October 23, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and several audio and video recordings. All of this discovery has been either produced directly to counsel and/or

1    made available for inspection and copying.

2       b)  Counsel for defendant desires additional time to consult with his
3    client, review the discovery, conduct investigation and research related to the
4    charges in this case and the defendant's prior criminal history, and otherwise
5    prepare for trial.

6       c)  Counsel for defendant believes that failure to grant the above-
7    requested continuance would deny him the reasonable time necessary for effective
8    preparation, taking into account the exercise of due diligence.

9       d)  The government does not object to the continuance.

10      e)  Based on the above-stated findings, the ends of justice served by
11   continuing the case as requested outweigh the interest of the public and the
12   defendant in a trial within the original date prescribed by the Speedy Trial Act.

13      f)  For the purpose of computing time under the Speedy Trial Act, 18
14   U.S.C. § 3161, et seq., within which trial must commence, the time period of
15   October 16, 2014 to October 23, 2014, inclusive, is deemed excludable pursuant to
16   18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
17   continuance granted by the Court at defendant's request on the basis of the Court's
18   finding that the ends of justice served by taking such action outweigh the best
19   interest of the public and the defendant in a speedy trial.

20   **IT IS SO STIPULATED**.

22   Dated:  October 14, 2014        BENJAMIN B. WAGNER
                        United States Attorney

24                           /s/ JUSTIN L. LEE
                        JUSTIN L. LEE
                        Assistant United States Attorney

26   Dated:  October 14, 2014        /s/ HAYES GABLE
                        HAYES GABLE III
                        Counsel for Defendant
                        Kenneth Dwayne Oliver

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 14, 2014

_____
Troy L. Nunley
United States District Judge