UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH DWAYNE OLIVER,<br><br>Defendant. | No. 2:14-CR-00128 TLN<br><br><br><br>**ORDER** |

This matter is before the Court pursuant to Defendant Kenneth Dwayne Oliver's ("Defendant") motion for leave to appeal in forma pauperis (ECF No. 46) and motion to appoint counsel on appeal (ECF No. 47). Defendant was granted Criminal Justice Act ("CJA") status by Magistrate Judge Allison Claire on May 15, 2014. (Minute Order, ECF No. 6). CJA status continues with a Defendant through the appeal phase of his criminal case unless it is revoked by the court. 18 U.S.C. § 3006(a). The record further indicates that the filing fee associated with Defendant's appeal has already been waived as a result of that status. (Appeal Process Information, ECF No. 45-1.) Moreover, because Defendant's CJA status entitles him to appointment of counsel for his appeal, the Ninth Circuit Court of Appeals will provide Defendant with an attorney. Therefore, Defendant's motions are hereby DENIED AS MOOT.

IT IS SO ORDERED.

Dated: February 19, 2016

Troy L. Nunley
United States District Judge

1