UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00128-TLN DB P |
| Respondent, | |
| v. | ORDER |
| KENNETH DWAYNE OLIVER, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant also moves "to clarify or amend" his § 2255 motion; this latter motion provides additional factual support and argument for Movant's claims. Good cause appearing, this latter motion will be granted.

IT IS THEREFORE ORDERED that:

1. Movant's motion to clarify or amend (ECF No. 63) is GRANTED. Movant's § 2255 motion is deemed amended by the allegations asserted in Movant's motion to clarify.
2. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

3. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

Dated:  September 23, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/oliv0128.206

2